JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN SULLIVAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY AND DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3406 JFW (VBKx)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)]**<br><br>Complaint Filed: May 6, 2010 |

　　Based upon the stipulation of the parties and for good cause shown,

　　IT IS HEREBY ORDERED that this action, Case No. CV 10-3406-JFW (VBKx) is dismissed in its entirety as to all defendants, with prejudice; and

　　IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: December 21, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JOHN F. WALKER
　　　　　　　　　　　　　　　　　　United States District Judge